[No. 24150-5-III.   Division Three.   November 16, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE A. LEIGHTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01805-7, Gregory D. Sypolt, J., entered April 26, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Kato, J.

[No. 24268-4-III.   Division Three.   November 16, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON W. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03436-4, Robert D. Austin, J., entered June 17, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24321-4-III.   Division Three.   November 16, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES A. WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00505-1, Cameron Mitchell, J., entered July 6, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kato, JJ.